UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>v.<br><br>PEET'S COFFEE, INC.,<br><br>        Defendant. | 21-cv-07698-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case, Dkt. No. 48, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 22, 2022

VINCE CHHABRIA
United States District Judge