# EXHIBIT A

UNITED STATES DISTRICT COURT   **CERTIFIED COPY**

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

| | | |
|---|---|---|
| SCOTT JOHNSON, | ) | **Motions Hearing** |
| Plaintiff, | ) | |
| vs. | ) | NO. C 21-09272 YGR |
| DK HAWAIIAN BBQ, a California Corporation, | ) | Pages 1 - 66 |
| Defendant. | ) | Oakland, California<br>Thursday, June 16, 2022 |
| BRIAN WHITAKER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. C 21-09548 YGR |
| SALAH R. SALAH, | ) | |
| Defendant. | ) | |
| ORLANDO GARCIA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. C 21-09567 YGR |
| SWEET MOMENT SM, | ) | |
| Defendant. | ) | |
| SCOTT JOHNSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. C 21-09163 YGR |
| SAVVY CELLAR WINES, INC., a California corporation, | ) | |
| Defendant. | ) | |

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

```
ANDRES GOMEZ,                  )
                               )
        Plaintiff,             )
                               )
   vs.                         )        NO. C 22-00471 YGR
                               )
ELEGANCE PROPERTIES, LLC,      )
a Delaware Limited             )
Liability Company, dba         )
Eleven Eleven Winery,          )
                               )
        Defendant.             )
_____)
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

| | |
|---|---|
| For Plaintiffs (all cases): | Potter Handy, LLP<br>8033 Linda Vista Road, Suite 200<br>San Diego, California  92111<br>BY: DENNIS J. PRICE, II, ATTORNEY AT LAW |
| For Defendants DK Hawaiian BBQ, Salah R. Salah, and Singh, et al.: | Sahelian Law Offices<br>25108 Marguerite Parkway, Suite A<br>Mission Viejo, California  92692<br>BY: ARA SAHELIAN, ATTORNEY AT LAW |
| For Defendant Savvy Cellar Wines, Inc.: | Berliner Cohen<br>Ten Almaden Boulevard, 11th Floor<br>San Jose, California  95113-2233<br>BY: EILEEN P. KENNEDY, ATTORNEY AT LAW |
| For Defendant | Sheppard Mullin Richter & Hampton LLP<br>1540 El Camino Real, Suite 120<br>Menlo Park, California  94025<br>BY: MOJI SANIEFAR, ATTORNEY AT LAW |

Reported By:          Raynee H. Mercado, CSR No. 8258

   Proceedings reported by electronic/mechanical stenography; transcript produced by computer-aided transcription.

1  **MR. PRICE:** Yes, Your Honor.
2  **THE COURT:** -- not damages.
3  **MR. PRICE:** Yes, Your Honor. We can't split them
4  with our clients.
5  **THE COURT:** So your clients would get the relief they
6  seek but no monetary settlement.
7  **MR. PRICE:** Yes, Your Honor, which means they
8  functionally can't continue to be a plaintiff because being a
9  plaintiff requires them to effectively be on call at a
10 moment's notice. They're frequently having to go to
11 mediations, they're attending site inspections, they're
12 getting called into court on, you know, less than a week's
13 notice. It's impossible for them to do the work that they're
14 doing while acting in what's a perception of -- of some, you
15 know, free work.
16 **THE COURT:** So it's a business to file these
17 lawsuits.
18 **MR. PRICE:** I think that sounds pejorative, but it's
19 not inaccurate, I suppose. It's what they're doing. I mean,
20 it's --
21 **THE COURT:** It's their business.
22 **MR. PRICE:** It's how they make money, yes. It's --
23 that's part of what allows them to do the work that they're
24 doing. I'm proud of my work and I wouldn't be able to do it
25 if I wasn't being paid.

```
 1    way this case is going to be decided.
 2             THE COURT:  Okay.  Anything else you all want me to
 3    consider?
 4             MR. PRICE:  Nothing for the plaintiff, Your Honor.
 5    Thank you.
 6             MR. SAHELIAN:  Thank you, Your Honor.
 7             MS. SANIEFAR:  Thank you, Your Honor.
 8             THE COURT:  And, Ms. Kennedy?
 9             MS. KENNEDY:  No, Your Honor.  Thank you.
10             THE COURT:  Okay.  Well, once again thank you for
11    coming in.  I appreciate it.
12         We'll stand adjourned.  Thank you.
13              (Proceedings were concluded at 12:10 P.M.)
14                              --o0o--
```

### CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____

Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

Monday, June 27, 2022