# EXHIBIT B

```
                                                                    1

              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,              ) Case No. 3:21-cv-07698-VC
                             )
              Plaintiff,     ) May 31, 2022
                             ) San Francisco, California
vs.                          ) Hearing by Zoom
                             )
PEET'S COFFEE, INC., a Virginia ) Show Cause Hearing
Corporation,                 ) Pages 1 - 76
                             )
              Defendant.     )

         BEFORE THE HONORABLE VINCE CHHABRIA
            UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Plaintiff:        DENNIS JAY PRICE, II
                          Attorney at Law
                          Center for Disability Access
                          100 Pine Street, Suite 1250
                          San Francisco, CA 94111

For the Defendant:        MICHAEL BRETT BURNS
                          Attorney at Law
                          Hunton Andrews Kurth LLP
                          50 California Street, Suite 1700
                          San Francisco, CA 94111

                          J. DREI MUNAR
                          Attorney at Law
                          Hunton Andrews Kurth LLP
                          50 California Street, Suite 1700
                          San Francisco, CA 94111


Official Court Reporter:  CRYSTAL L. HICKS, CRR, RPR
                          United States District Courthouse
                          P.O. Box 700
                          Spokane, Washington 99210
                          (509) 458-3434


Proceedings reported by mechanical stenography; transcript
produced by computer-aided transcription.
```

*Whitaker v. Peet's Coffee / Case No. 3:21-cv-07698-VC*  23
*Show Cause Hearing / May 31, 2022*
*BRIAN WHITAKER / Direct by Defense*

1  Q.    (BY MR. BURNS)  Sure.  If you wanted to buy and drink a cup
2  of hot chocolate and use one of the patio tables you saw,
3  couldn't you have positioned your wheelchair parallel to a patio
4  table and sat your cup of hot chocolate on the table adjacent to
5  you?
6  A.    Yeah, I probably could have, sir, but I'm a quadriplegic
7  with no core ability at all.  So being at a parallel angle is
8  very difficult for me to have to lean over, grab my drink with
9  two hands, because I have no finger dexterity whatsoever, and at
10 that point I'm not enjoying a cup of hot chocolate.  I'm not
11 enjoying the experience at all.
12 Q.    In any event, you did not purchase a hot chocolate drink
13 from Peet's Coffee that day, did you?
14 A.    I did not.
15 Q.    You did not purchase anything from Peet's Coffee that day,
16 did you?
17 A.    Right.
18 Q.    And you did not attempt to purchase anything from Peet's
19 Coffee that day, did you?
20 A.    No, sir.
21 Q.    You didn't go inside of the Peet's Coffee SoMa cafe on that
22 day, right?
23        THE COURT:  Mr. Burns, I think he's answered that
24 question.  And, you know, this is really about whether he
25 intended to return, so could we turn to that topic?

*Whitaker v. Peet's Coffee / Case No. 3:21-cv-07698-VC*
*Show Cause Hearing / May 31, 2022*
*BRIAN WHITAKER / Cross by Plaintiff*

76

C E R T I F I C A T E

I, CRYSTAL L. HICKS, do hereby certify:

That I am an Official Court Reporter for the United States District Court for the Eastern District of Washington in Spokane, Washington;

That the foregoing proceedings were taken on the date and place as shown on the first page hereto; and

That the foregoing proceedings are a full, true, and accurate transcription of the requested proceedings, duly transcribed by me or under my direction.

I do further certify that I am not a relative of, employee of, or counsel for any of said parties, or otherwise interested in the event of said proceedings;

DATED this 2nd day of June, 2022.

_____
CRYSTAL L. HICKS, CRR, RPR
Washington CCR No. 2955
Official Court Reporter
Spokane, Washington