# EXHIBIT D

https://www.youtube.com/watch?v=MJq_hA5ZEck (last visited July 27, 2022)

https://www.youtube.com/watch?v=XbRG_KCbVGo (last visited July 27, 2022)