UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>PEET'S COFFEE, INC.,<br><br>        Defendant. | Case No. 21-cv-07698-VC<br><br>**ORDER VACATING AWARD OF COSTS**<br><br>Re: Dkt. Nos. 49, 68 |

Because the Court decided this case was moot, Peet's is not the prevailing party, and costs should not have been awarded. Per the parties' agreement, the award of costs is vacated. An amended judgment will be entered.

**IT IS SO ORDERED.**

Dated: August 18, 2022

VINCE CHHABRIA
United States District Judge