UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

              Plaintiff,

v.

PEET'S COFFEE, INC.,

              Defendant.

21-cv-07698-VC

**AMENDED JUDGMENT**

       The Court, having dismissed this case as moot, now enters judgment. This judgment supersedes the judgment previously entered.

       **IT IS SO ORDERED.**

Dated: August 18, 2022

_____

VINCE CHHABRIA
United States District Judge