| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 20 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BRIAN WHITAKER,

        Plaintiff-Appellant,

 v.

PEET'S COFFEE, INC., a Virginia Corporation,

        Defendant-Appellee.

No.   22-16676

D.C. No. 3:21-cv-07698-VC
Northern District of California,
San Francisco

ORDER

Appellant's unopposed motion (Docket Entry No. 10) for voluntary dismissal is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT


        By: Lorela Bragado-Sevillena
        Deputy Clerk
        Ninth Circuit Rule 27-7